Receipt # 11090741
$4.57 10/18/10
KeB



Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Ste. 250
Buffalo, NY 14202

Re: (Case Name) STEINWANDEL/Case #1-06-02478-MJK
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $4.57. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_X___ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant NYS ELECTRIC & GAS  Amount $4.57  Claims Register #5

Claimant _____ Amount $_____ Claims Register #_____

Claimant _____ Amount $_____ Claims Register #_____

Claimant _____ Amount $_____ Claims Register #_____

_____
Harold P. Bulan, Trustee